```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                              :
MINISTRY OF FOREIGN AFFAIRS FOR  :
SUPERIOR CHURCH, *J Medina Bey*,    :
                                                              :      1:23-mc-00442-GHW
                                  Petitioner,  :
                                                              :             ORDER
                               -vs.-                    :
                                                              :
UNITED STATES, U.S.A., *et al.*,      :
                                                              :
                              Respondents.  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The application filed at Dkt. No. 1 is denied. This is not a proper miscellaneous action. The Clerk of Court is directed to terminate all pending motions, including Dkt. No. 1, and to close this case.

      SO ORDERED.

Dated: November 22, 2023

                                                                        GREGORY H. WOODS
                                                                 United States District Judge